ARCHIBALD GRACIE, Respondent, *v.* EDWIN A. STEVENS et al., Appellants, Impleaded with Others.

*Gracie* v. *Stevens*, 56 App. Div. 203, affirmed.
(Argued May 12, 1902; decided May 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1900, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial.

*David B. Hill* and *William D. Leonard* for appellants.

*Judson S. Landon, Abram I. Elkus* and *Carlisle J. Gleason* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not voting: O'BRIEN, J.